ANTONIO L. CORTÉS
Attorney at Law
Bar No. 142356
528 Wisteria Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919

Attorney for Plaintiff
Jose and Virginia Hernandez

MARIN COUNTY RECORDER
JUN 2 5 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSE HERNANDEZ, et al.,

    Plaintiffs,

v.

SURINDER SROA, et al.,

    Defendants

CASE NO. CV 08-2804 EMC

**NOTICE OF PENDENCY OF ACTION (LIS PENDENS)**

NOTICE IS HEREBY GIVEN THAT case number CV 08-2804 EMC, entitled Jose Hernandez, et al., v. Surinder Sroa, et al. was filed in the United States District Court for the Northern District of California on June 6, 2008. The action concerns and affects real property located at 21 Stevens Place, in the City of San Rafael, in the County of Marin, State of California, more particularly described as follows:

Lot 6, as shown upon that certain Map entitled "Map of Stevens Tract, San Rafael, California," filed for record April 7, 1909 in Volume 3 of Maps, at Page 11, Marin County Records.

AP No. 014-011-18

---

NOTICE OF LIS PENDENS

The objects of the action include the rescission of a purported contract to purchase the property and to cancel a deed and other instruments affecting the rights of ownership and possession of the property.

DATED: June 25, 2008

_____
Antonio L. Cortes,
Attorney for Jose and Virginia Hernandez

ANTONIO L. CORTES
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX (415) 256-1919

NOTICE OF LIS PENDENS                                     2