ANTONIO L. CORTÉS
Attorney at Law
Bar No. 142356
528 Wisteria Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919

Attorney for Plaintiff
Jose and Virginia Hernandez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>SURINDER SROA, *et al.*,<br><br>　　　　　　Defendants | CASE NO.  CV 08-2804 EMC<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff's counsel, Antonio L. Cortés, will be unavailable to attend to this matter for the period of July 16 through July 18, 2008, inclusive.

PLEASE TAKE FURTHER NOTICE that Plaintiff's counsel requests that all parties in this matter not take any action adverse to this party(s)' interests or schedule any matter during this period of time.

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

1
NOTICE OF UNAVAILABILITY OF COUNSEL

1  Counsel will be unavailable for any purpose, including, but not limited to, receiving notice, responding to *ex parte* proceedings, appearing in court, or attending depositions.

This notice is served as a professional courtesy to elicit the cooperation of all parties and their counsel.  It is requested that conflicting proceedings not be scheduled during counsel's period of unavailability.  If conflicting proceedings are scheduled without good cause therefor, counsel will seek to have the same determined to be sanctionable conduct.

Your professional cooperation is sincerely appreciated.

DATED:  July 11, 2008

_____/s/_____
Antonio L. Cortes
Counsel for Plaintiffs

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

2
NOTICE OF UNAVAILABILITY OF COUNSEL