ANTONIO L. CORTÉS
Attorney at Law
Bar No. 142356
528 Wisteria Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919

Attorney for Plaintiff
Jose and Virginia Hernandez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, *et al.*,<br><br>             Plaintiffs,<br><br>    v.<br><br>SURINDER SROA, *et al.*,<br><br>             Defendants | CASE NO.  CV 08-2804 EMC<br><br>**STIPULATED JOINT REQUEST FOR CONTINUANCE;**<br>**[PROPOSED] ORDER** |

The undersigned counsel, who represent all parties who have appeared or waived service, jointly request this honorable Court to continue, for 28 days, each of the dates set by the Clerk's June 5, 2008 ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

Good cause for the requested continuance exists in that some Defendants are in settlement discussions with Plaintiff, two Defendants have reached an agreement with Plaintiffs to settle, and three Defendants have neither waived service of process nor been served with process, though Plaintiff represents that those three should soon be served.

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

1
STIPULATED JOINT REQUEST FOR CONTINUANCE; [PROPOSED] ORDER

DATED: August 20, 2008

                                                                 /s/_____
Antonio L. Cortes
Counsel for Plaintiffs

DATED: August 20, 2008

                                                         /s/_____
Albert E. Cordova, Esq.
Counsel for Surinder and Linda. Sroa and
Agustin and Calista Reyes

DATED: August 20, 2008

                                                       /s/_____
Brian H. Gunn, Esq.,
Counsel for Citibank (West)

DATED: August 20, 2008

                                                       /s/_____
Edward Egan Smith, Esq.,
Counsel for Old Republic Title Company and
Terry McGillicuddy

[

PROPOSED] ORDER

The foregoing parties having requested a continuance of the dates set by the Clerk's June 5, 2008 ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, and good cause appearing therefor, it is hereby

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

2
STIPULATED JOINT REQUEST FOR CONTINUANCE; [PROPOSED] ORDER

ORDERED, that the following dates shall supersede those set by the June 5, 2008 ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES:

| Date | Event | Governing Rule |
|---|---|---|
| 9/17/2008 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R. 3-5 |
|  | • file ADR Certification signed by Parties and Counsel | Civil L.R. 16-8(b) & ADR L.R. 3-5(b) |
|  | • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8(c) & ADR L.R. 3-5(b) & (c) |
| 10/1/2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re contents of Joint Case Management Statement | FRCivP 26(a)(1) & L.R. 16-9 |
| 10/8/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom C, 15th Floor, SF at 1:30 PM | Civil L.R. 16-10 |

SO ORDERED

Date: _____          _____
                                 Edward M. Chen,
                                 United States Magistrate Judge

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

3
STIPULATED JOINT REQUEST FOR CONTINUANCE; [PROPOSED] ORDER