1  ANTONIO L. CORTÉS
   Attorney at Law (CA Bar No. 142356)
2  528 Wisteria Way
3  San Rafael, California 94903
   Tel: 415-256-1911
4  Fax: 415-256-1919

5  Attorney for Plaintiffs

6
                UNITED STATES DISTRICT COURT
7               NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
8

9  JOSE HERNANDEZ, *et al.*,          )   CASE NO.  CV 08-2804-EMC
                                      )
10                    Plaintiffs,     )   **PROOF OF SERVICE**
                                      )
11         v.                         )
                                      )
12 SURINDER SROA, *et al.*,           )
                                      )
13                                    )
                      Defendants      )
14                                    )
   _____    )
15

16         I am a citizen of the Unites States of America.  My business address is 528

17 Wisteria Way, San Rafael, California, 94903.  I am employed in Marin County where this

18 service occurs.  I am over the age of 18 years and am not a party to the within civil action.

19         On September 6, 2008, I served the following document(s) described as:

20         **STIPULATED JOINT REQUEST FOR CONTINUANCE; ORDER**

21 on the interested parties by depositing it in the United States mail, first class postage pre-

22 paid, addressed it to the following persons:

23
       Albert E. Cordova                    Brian H. Gunn
24     1299 Fourth Street, Suite 202        Wolfe & Wyman LLP
       San Rafael, California 94901         2175 N. California Boulevard, Suite 415
25                                          Walnut Creek, California 94596-3579

26

27  ANTONIO L. CORTÉS
    528 WISTERIA WAY
    SAN RAFAEL, CA 94903
    (415) 256-1911
    FAX: (415) 256-1919
28

                                    1
   PROOF OF SERVICE

| | |
|---|---|
| Edward Egan Smith<br>Steyer Lowenthal Boodrookas<br>  Alvarez & Smith LLP<br>One California Street, Third Floor<br>San Francisco, California  94111 | Argentum Real Estate and Mortgage, Inc.<br>85 Vista Del Sol<br>Mill Valley, CA  94941-4920<br>Attn:  Kirt Menon |

   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  September 6, 2008       _____/s/_____
                     Antonio L. Cortés

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

2

PROOF OF SERVICE