ANTONIO L. CORTÉS
Attorney at Law
Bar No. 142356
528 Wisteria Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919

Attorney for Plaintiffs
Jose and Virginia Hernandez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>SURINDER SROA, *et al.*,<br><br>    Defendants<br>_____ | CASE NO. CV 08-2804 EMC<br><br>**STIPULATED JOINT REQUEST FOR CONTINUANCE; [PROPOSED] ORDER** |

    The undersigned counsel, who represent all parties who have appeared or waived service, jointly request this honorable Court to continue, for 21 days, each of the dates set by the Clerk's September 3, 2008 ORDER setting initial case management conference and ADR deadlines.

    Good cause for the requested continuance exists in that three Defendants have been served with process but not yet appeared or consented to trial by a Magistrate Judge.

DATED: October 2, 2008

                                      _____/s/_____
                                      Antonio L. Cortes
                                      Counsel for Plaintiffs

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

1
STIPULATED JOINT REQUEST FOR CONTINUANCE; [PROPOSED] ORDER

DATED: October 2, 2008

                                                    /s/
                           Albert E. Cordova, Esq.
                           Counsel for Surinder and Linda. Sroa and
                           Agustin and Calista Reyes

DATED: October 2, 2008

                                                    /s/
                           Brian H. Gunn, Esq.,
                           Counsel for Citibank (West)

Attorney Attestation

Pursuant to General Order 45, I attest that I obtained the concurrence of the other signatories to this e-filed document before filing it.

DATED: October 2, 2008

                                                    /s/
                           Antonio L. Cortes

[~~PROPOSED~~] ORDER

The foregoing parties having requested a continuance of the dates set by the Clerk's September 3, 2008 ORDER setting initial case management conference and ADR deadlines, and good cause appearing therefor, it is hereby

ORDERED, that the following dates shall supersede those set by the June 5, 2008 ORDER setting initial case management conference and ADR deadlines:

| Date | Event | Governing Rule |
|---|---|---|
| 10/8/2008 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and | FRCivP 26(f) &<br>ADR L.R. 3-5 |

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

2
STIPULATED JOINT REQUEST FOR CONTINUANCE; [PROPOSED] ORDER

| | | |
|---|---|---|
| | discovery plan | |
| | • file ADR Certification signed by Parties and Counsel | Civil L.R. 16-8(b) & ADR L.R. 3-5(b) |
| | • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8(c) & ADR L.R. 3-5(b) & (c) |
| 10/22/2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re contents of Joint Case Management Statement | FRCivP 26(a)(1) & L.R. 16-9 |
| 10/29/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom C, 15th Floor, SF at 1:30 PM | Civil L.R. 16-10 |

SO ORDERED . Plaintiff shall serve a copy of this orders upon all defendants.

Date: October 3, 2008 _____
Edward M. Chen,
United States Magistrate

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

3
STIPULATED JOINT REQUEST FOR CONTINUANCE; [PROPOSED] ORDER