ANTONIO L. CORTÉS
Attorney at Law
Bar No. 142356
528 Wisteria Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919

Attorney for Plaintiffs
Jose and Virginia Hernandez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SURINDER SROA, *et al.,* <br><br> Defendants <br> _____ | CASE NO.  CV 08-2804 MMC <br><br> **STIPULATED JOINT REQUEST FOR CONTINUANCE;** <br> **[PROPOSED] ORDER** |

The undersigned counsel jointly request this honorable Court to continue, until January 30, 2009, at 9:00 am, the hearing of BNC Mortgage's Amended Motion to Dismiss, currently set for January 16, 2009 am.

Good cause for the requested continuance exists in that BNC's Amended Motion contains substantial arguments not raised in the original motion, and Plaintiff's counsel, who already had a very full schedule over the holiday season, including Early Neutral Evaluation of this action, needs additional time to research those matters, and is not able to complete that research and draft the opposition by the current December 26, 2008 last day to do so.

_____
1
STIPULATED JOINT REQUEST FOR CONTINUANCE; [PROPOSED] ORDER

DATED: December 16, 2008

                         _____/s/_____
                         Antonio L. Cortes
                         Counsel for Plaintiffs

DATED: December 16, 2008

                         _____/s/_____
                         Albert E. Cordova, Esq.
                         Counsel for Surinder and Linda. Sroa and
                         Agustin and Calista Reyes

DATED: December 16, 2008

                         _____/s/_____
                         Sherrill Oates, Esq.,
                         Counsel for BNC Mortgage

Attorney Attestation

Pursuant to General Order 45, I attest that I obtained the concurrence of the other signatories to this e-filed document before filing it.

DATED: December 16,, 2008

                         _____/s/_____
                         Antonio L. Cortes

[~~PROPOSED~~] ORDER

The foregoing parties having requested a continuance of the January 16, 2009 hearing of BNC Mortgage's Amended Motion to Dismiss, and good cause appearing therefor, it is hereby

ORDERED, that BNC Mortgage's Amended Motion to Dismiss, filed December 9, 2008, shall be heard on January 30, 2009 at 9:00 am.

SO ORDERED

Dated: December 18, 2008

                         _____
                         United States District Judge

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919