|   |   |
|---|---|
| 1 | ANTONIO L. CORTÉS |
| 2 | Attorney at Law<br>Bar No. 142356 |
| 3 | 528 Wisteria Way<br>San Rafael, California 94903 |
| 4 | Tel: 415-256-1911<br>Fax: 415-256-1919 |
| 5 |   |
| 6 | Attorney for Plaintiffs<br>Jose and Virginia Hernandez |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| JOSE HERNANDEZ, *et al.*, | ) | CASE NO.  CV 08-2804 MMC |
|---|---|---|
| Plaintiffs, | ) | **STIPULATED JOINT REQUEST FOR CONTINUANCE;** |
| v. | ) | [PROPOSED] **ORDER** |
| SURINDER SROA, *et al.*, | ) |   |
| Defendants | ) |   |

The undersigned counsel jointly request this honorable Court to continue, until March 13, 2009, at 9:00 am, the hearing of BNC Mortgage's Amended Motion to Dismiss, currently set for January 30, 2009 am.

Good cause for the requested continuance exists in that BNC and Plaintiff have agreed in principal to settle the matters between them, need time to draft appropriate documents and otherwise consummate their agreement, and do not wish to incur needless expense in preparing the remaining moving papers shortly due.

DATED:  December 29, 2008

_____/s/_____
Antonio L. Cortes
Counsel for Plaintiffs

1
STIPULATED JOINT REQUEST FOR CONTINUANCE; [PROPOSED] ORDER

DATED: December 29, 2008

                                /s/
                          Albert E. Cordova, Esq.
                          Counsel for Surinder and Linda. Sroa and
                          Agustin and Calista Reyes

DATED: December 29, 2008

                                /s/
                          Sherrill Oates, Esq.,
                          Counsel for BNC Mortgage

Attorney Attestation

Pursuant to General Order 45, I attest that I obtained the concurrence of the other signatories to this e-filed document before filing it.

DATED: December 29, 2008

                                /s/
                          Antonio L. Cortes

[PROPOSED] ORDER

The foregoing parties having requested a continuance of the January 30, 2009 hearing of BNC Mortgage's Amended Motion to Dismiss, and good cause appearing therefor, it is hereby

ORDERED, that BNC Mortgage's Amended Motion to Dismiss, filed December 9, 2008, shall be set for hearing March 13, 2009 at 9:00 am.

SO ORDERED

Date: January 6, 2009

                          *[signature]*
                          Maxine M. Chesney,
                          United States District Judge

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919