IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, et al., | No. 08-2804 MMC |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| SURINDER SROA, et al., | |
| Defendants | |

    In accordance with the offer of defendants Surinder Sroa, Linda Sroa, Augustin Reyes, and Clista Reyes to allow judgment to be taken against them pursuant to Rule 68 of the Federal Rules of Civil Procedure, and the acceptance thereof by plaintiffs Jose Hernandez and Virginia Hernandez, said documents filed January 21, 2009, it is hereby ORDERED, ADJUDGED and DECREED as follows:

    1.  Plaintiffs Jose Hernandez and Virginia Hernandez shall have judgment against defendants Surinder Sroa and Linda Sroa in the total amount of $20,000, payable in four equal monthly installments of $5000 each on February 1, 2009, March 1, 2009, April 1, 2009, and May 1, 2009, said judgment amount being the total amount that defendants Surinder Sroa and Linda Sroa shall be obligated to pay on account of any liability claimed herein, including any liability for costs of suit and attorney's fees otherwise recoverable in this action.

2. Plaintiffs Jose Hernandez and Virginia Hernandez shall have judgment against defendants Augustin Reyes and Clista Reyes in the amount of $8000, payable immediately, plus cancellation of that promissory note dated March 3, 2008 in the principal sum of $7000 and any other obligations owing from plaintiff Jose Hernandez to defendants Augustin Reyes and Clista Reyes, said total judgment amount being the total amount defendants Augustin Reyes and Clista Reyes shall be obligated to pay on account of any liability claimed herein, including any liability for costs of suit and attorney's fees otherwise recoverable in this action.

**IT IS SO ORDERED.**

Dated: January 23, 2009

_____
MAXINE M. CHESNEY
United States District Judge