IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, et al., <br><br> Plaintiffs, <br> v. <br><br> SURINDER SROA, et al., <br><br> Defendants <br> _____/ | No. 08-2804 MMC <br><br> **ORDER CONDITIONALLY GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; VACATING FEBRUARY 27, 2009 HEARING; ADVANCING STATUS CONFERENCE** |

Before the Court is plaintiffs' "Motion for Leave to File a First Amended Complaint," filed January 15, 2009, as supplemented February 9, 2009. None of the remaining defendants has filed a response thereto.

Having read and considered the papers filed in support of the motion, the Court finds the matter suitable for decision thereon, VACATES the hearing scheduled for February 27, 2009, and hereby rules as follows:

1. To the extent plaintiffs seek to amend to delete claims against defendants BNC Mortgage, Inc., Option One Mortgage Corporation, Citibank (West), FSB, Old Republic Title Company, Terry McGillicuddy, and Reliable Trust Deed Services, Inc., the motion is hereby GRANTED.

2. To the extent plaintiffs seek to amend to revise the factual basis of its claims against existing defendants Kurt Menon ("Menon") and Argentum Real Estate and

Mortgage ("Argentum"), the motion is hereby GRANTED, conditioned on plaintiffs' serving the First Amended Complaint ("FAC") on Menon and Argentum, pursuant to Rule 4 of the Federal Rules of Civil Procedure, no later than April 6, 2009, and filing proof of such service no later than April 13, 2009.  See Fed. R. Civ. P. 5(a)(2) (providing amended complaint that alleges new claims against defendants in default "must be served on that party under Rule 4").[1]

    3. To the extent plaintiffs seek to amend to add Sterling Savings Bank ("Sterling") as a new defendant hereto, the motion is hereby GRANTED, conditioned on plaintiffs' serving the FAC on Sterling, pursuant to Rule 4, no later than April 6, 2009, and filing proof of such service no later than April 13, 2009.

    4. Plaintiffs shall file the FAC no later than March 6, 2009.

    5. The Status Conference, currently scheduled for July 17, 2009, is hereby ADVANCED to May 14, 2009.  A Joint Status Conference Statement shall be filed no later than May 7, 2009.

**IT IS SO ORDERED.**

Dated:  February 20, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1]The proposed FAC includes new factual allegations against Menon and Argentum. (See, e.g., proposed FAC ¶¶ 39, 80, 94.)  Upon request of plaintiffs, the Clerk of the Court previously entered the default of Menon and Argentum with respect to the initial complaint.