IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, et al., | No. 08-2804 MMC |
| Plaintiffs, | **ORDER DENYING WITHOUT PREJUDICE DEFENDANT BNC MORTGAGE, LLC'S MOTION TO DISMISS; VACATING MARCH 13, 2009 HEARING** |
| v. | |
| SURINDER SROA, et al., | |
| Defendants | |

Before the Court is defendant BNC Mortgage, LLC's ("BNC") motion to dismiss, filed November 7, 2008 and amended December 9, 2008. On January 13, 2009, BNC filed a Notice of Stay of Proceedings, by which BNC informed the Court it has filed for bankruptcy. As a consequence, plaintiffs' claims against BNC have been automatically stayed pursuant to 11 U.S.C. § 362(a).

In light of the automatic stay of proceedings against BNC, BNC's motion to dismiss is hereby DENIED without prejudice.[1]

**IT IS SO ORDERED.**

Dated: March 4, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] The hearing scheduled for March 13, 2009 is hereby VACATED.