ANTONIO L. CORTÉS
Attorney at Law (CA Bar No. 142356)
528 Wisteria Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919

Attorney for Plaintiff
Jose and Virginia Hernandez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, *et al.*, | CASE NO.  CV 08-2804 MMC |
| Plaintiffs, | [PROPOSED] **ORDER RE:** |
| | **ADMINSTRATIVE MOTION TO** |
| v. | **CONTINUE OR VACATE** |
| | **STATUS CONFERENCE** |
| SURINDER SROA, *et al.*, | |
| Defendants | |

   Pursuant to Local Rules 6-3 and 7-12, Plaintiffs Jose and Virginia Hernandez have moved for an order continuing or, alternatively, vacating, the Status Conference currently set for May 15, 2009.

   Good cause having been shown by Plaintiffs, it is hereby

   ORDERED, THAT Plaintiffs' motion is GRANTED, and that:

   ☒   The Status Conference currently set for May 15, 2009 at 10:30 am is continued until __May 22__, 2009 at _10_ : _30_ a. m; [OR]

1

**[PROPOSED] ORDER RE:  ADMINISTRATIVE MOTION TO CONTINUE OR VACATE  STATUS CONFERENCE**

1  ☐  ~~The Status Conference currently set for May 15, 2009 is vacate~~d.

2

3  SO ORDERED.

4  DATED:  April 21    , 2009

5  _____
   Maxine M. Chesney,
6  United States District Judge

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

2

**[PROPOSED] ORDER RE:  ADMINISTRATIVE MOTION TO CONTINUE OR VACATE  STATUS CONFERENCE**