IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, et al., | No. C-08-2804 MMC |
| Plaintiffs, | **ORDER CONTINUING HEARING ON PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT; CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SURINDER SROA, et al., | |
| Defendants / | |

The hearing on plaintiffs' application for default judgment, filed April 29, 2009 and served on defendants Kirt Menon and Argentum Real Estate the same date, is hereby CONTINUED from May 22, 2009 to June 5, 2009.  See Civil L.R. 7-2(a) (providing motion must be noticed for hearing "not less than 35 days after service of the motion").

Further, in light of the pendency of the application, the Case Management Conference is hereby CONTINUED from May 22, 2009 to August 14, 2009.

Plaintiffs are directed to serve defendants with the instant order and to file proof of service, no later than May 8, 2009.

**IT IS SO ORDERED.**

Dated: May 1, 2009

MAXINE M. CHESNEY
United States District Judge