IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, et al., | No. CV-08-2804 MMC |
| Plaintiffs, | **ORDER GRANTING DEFENDANT MENON'S APPLICATION TO REPRESENT HIMSELF; DENYING DEFENDANT ARGENTUM'S APPLICATION TO BE REPRESENTED BY ITS OFFICER** |
| v. | |
| SURINDER SROA, et al., | |
| Defendants / | |

Before the Court is defendant Kirt Menon's ("Menon") "Applica[tion] for Defendant Kirt Menon to Represent Himself," filed June 1, 2009, and defendant Argentum Real Estate and Mortgage, Inc.'s ("Argentum") "Applica[tion] for Defendant Argentum [ ] to be Represented by its Officer Kirt Menon," also filed June 1, 2009. Plaintiffs have not filed a response to the former application, and have filed opposition to the latter application. Having read and considered the parties' respective submissions, the Court rules as follows:

1. Menon's application is hereby GRANTED, and he may appear in pro propria herein.[1]

2. Argentum's application is hereby DENIED, for the reason that a corporation may only appear in court through "licensed counsel," see United States v. High Country

---

[1] The Court notes that the Clerk of the Court has, at plaintiffs' request, entered Menon's default. (See Notice, filed October 23, 2008.) Nothing in the instant order affects the prior entry of default, which remains in effect.

1  <u>Broadcasting Co.</u>, 3 F.3d 1244,1245 (9th Cir. 1993), and Menon is not an attorney (<u>see</u>
2  Cortes Decl. ¶ 2. )
3  **IT IS SO ORDERED.**

5  Dated:  June 8, 2009

MAXINE M. CHESNEY
United States District Judge