IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE HERNANDEZ, et al.,

    Plaintiffs,

v.

SURINDER SROA, et al.,

    Defendants
                                    /

No. C-08-2804 MMC

**ORDER CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES**

       The remaining defendant, specifically, BNC Mortgage, Inc., having informed the Court that the claims alleged against it in the above-titled action have been automatically stayed pursuant to 11 U.S.C. § 362(a), by the initiation of bankruptcy proceedings by said defendant (see Notice, filed January 13, 2009), IT IS HEREBY ORDERED that the case is CLOSED for statistical purposes only.

       Nothing contained in this order shall be considered a dismissal or disposition of the action against the remaining defendant, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this order had not been entered.

       **IT IS SO ORDERED.**

Dated: June 30, 2009

                                                     MAXINE M. CHESNEY
                                                     United States District Judge