IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE HERNANDEZ, et al.,

        Plaintiffs,

  v.

SURINDER SROA, et al.,

        Defendants.

                                           /

No. CV-08-2804 MMC

**JUDGMENT IN A CIVIL CASE**

     **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     **IT IS SO ORDERED AND ADJUDGED** plaintiffs' application for default judgment is hereby GRANTED in part and DENIED in part, as follows:

     1. To the extent the application seeks an award of actual damages against Menon and Argentum, jointly and severally, in the amount of $25,712.33, the application is hereby GRANTED.

     2. To the extent the application seeks an award of damages against Argentum in the amount of $32,000 pursuant to 12 U.S.C. § 2607(d)(2), the application is hereby GRANTED.

     3. To the extent the application seeks a finding that Argentum is liable for the reasonable attorney's fees plaintiffs incurred in prosecuting against Argentum plaintiff's

claim under 12 U.S.C. § 2607, the application is hereby GRANTED, and plaintiffs may file a motion for such fees within the time provided by Civil Local Rule 54-6(a).

       4. In all other respects, the application is hereby DENIED.

Dated: July 1, 2009                                             Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk