ANTONIO L. CORTÉS
Attorney at Law
Bar No. 142356
528 Wisteria Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919

Attorney for Plaintiffs
Jose and Virginia Hernandez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, *et al.*,<br><br>             Plaintiffs,<br><br>      v.<br><br>SURINDER SROA, *et al.*,<br><br>             Defendants | CASE NO.  CV 08-2804 MMC<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES AND COSTS<br><br>Date:  August 21, 2009<br>Time:  9:00 am<br>Courtroom:  7, 19th Floor<br>Judge:  Honorable Maxine M. Chesney |

The Motion of Plaintiffs Jose and Virginia Hernandez came on regularly ~~for hearing on August 21, 2009. Plaintiffs appeared though counsel, Antonio L. Cortés.~~ before the Court.

The matter having been submitted, and after considering the Motion, all papers filed in support thereof ~~and opposition thereto, and the parties' arguments~~, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rules of Civil Procedure 54(d), Defendants Kirt Menon and Argentum Real Estate and Mortgage ("Argentum") are ordered to pay Plaintiffs costs in the amount of $766.59 ~~within ten days of the date of this order.~~

---

[1] The hearing scheduled for August 21, 2009 is hereby VACATED.

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

1
[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES AND COSTS

1  IT IS FURTHER ORDERED THAT:

2  Pursuant to 12 USC § 2607(d)(5), Argentum is ordered to pay Plaintiffs'

3  reasonable attorneys' fees in the amount of $ 14,148 ~~within ten days of the~~

4  ~~date of this order~~.

5

6  **IT IS SO ORDERED**

7

8  DATED: August 7, 2009, 2009

9

10  *[signature]*
Maxine M. Chesney, United States District Judge

---

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

2
**[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES AND COSTS**