ANTONIO L. CORTÉS
Attorney at Law
Bar No. 142356
528 Wisteria Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919

Attorney for Plaintiffs
Jose and Virginia Hernandez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>SURINDER SROA, *et al.*,<br><br>        Defendants<br>_____ | CASE NO.  CV 08-2804 MMC<br><br>~~[PROPOSED]~~ **CORRECTED JUDGMENT**<br><br>~~Date:  September 25, 2009~~<br>~~Time:  9:00 am~~<br>Courtroom:  7, 19th Floor<br>Judge:  Honorable Maxine M. Chesney |

**Decisions by Court.** This action came to hearing before the Court on

Plaintiffs' April 24, 2009 Application for Default Judgment ("the application") and on

Plaintiffs' July 15, 2009 Motion for Attorneys' Fees and Costs ("the motion").  The issues

have been heard and decisions were rendered on June 30, 2009 and August 7, 2009.

**IT IS ORDERED AND ADJUDGED** plaintiffs' application is hereby

GRANTED in part and DENIED in part, and plaintiffs' motion is hereby GRANTED, as

follows:

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

1

**CORRECTED JUDGMENT**

1         1.       To the extent the application seeks an award of actual damages

2 against Kirt Menon and Argentum Real Estate and Mortgage, jointly and severally, in the

3 amount of $25,712.33, the application is hereby GRANTED.

4         2.       To the extent the application seeks an award of damages against

5 Argentum in the amount of $32,000 pursuant to 12 U.S.C. § 2607(d)(2), the application is

6 hereby GRANTED.

7         3.       To the extent the application seeks a finding that Argentum is liable

8 for the reasonable attorney's fees plaintiffs incurred in prosecuting against Argentum

9 plaintiffs' claim under 12 U.S.C. § 2607, the application and motion are hereby GRANTED

10 and Argentum is Ordered to pay Plaintiffs' reasonable attorneys' fees in the amount of

11 $14,148.

12         4.       In all other respects, the application is denied.

13         5.       Pursuant to Federal Rule of Civil Procedure, Defendants Kirt Menon

14 and Argentum are ordered to pay Plaintiffs' costs in the amount of $766.59

  **IT IS SO ORDERED AND ADJUDGED**

DATED: __September 17__, 2009

Marine M. Chesney, United States District Judge

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

2

**CORRECTED JUDGMENT**