**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JOSE HERNANDEZ, et al.,                    No. C 08-2804 MMC

12            Plaintiffs,                       **ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFFS' APPLICATIONS FOR ORDER TO APPEAR FOR EXAMINATION**

13      v.

14   SURINDER SROA, et al.,

15            Defendants

16   _____/

17

18          Pursuant to Civil Local Rule 72-1, plaintiffs' applications for orders to appear for

19   examination, each filed October 21, 2009, are hereby REFERRED to a Magistrate Judge to

20   be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

21          Counsel will be advised of the date, time and place of the next appearance, if any,

22   by notice from the assigned Magistrate Judge's chambers.[1]

23          **IT IS SO ORDERED**.

24   Dated:  October 22, 2009                   _____
                                                MAXINE M. CHESNEY
25                                              United States District Judge

26

27

28   _____

     [1]The November 13, 2009 hearing noticed before the undersigned is VACATED.